# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 815 - 6 | **DATE** | 12/10/2007 |
| **CASE TITLE** | USA vs. Murteza Gazaferi | | |

**DOCKET ENTRY TEXT**

By agreement, arraignment set for 12/13/2007 is stricken and reset to 1/18/2008 at 1:00 for arraignment and plea.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|