## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 815 - 6 | **DATE** | 1/18/2008 |
| **CASE TITLE** | USA vs. Murteza Gazaferi | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty to all counts. Change of plea hearing set for 2/13/2008 at 10:00 AM. Defendant released on $4500 OR Bond. Order excludable time to begin pursuant to 18:3161(h)(1))(I) for plea negotiation and 18:3161(h)(8)(A)(B) and USA v. Montoya. (X-T, X-7)

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | ETV |
|---|---|---|