F I L E D

JAN 1 8 2008

JUDGE REBECCA R. PALLMEYER
UNITED STATES DISTRICT COURT

AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS,   EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

MURTEZA GAZAFERI

**WAIVER OF INDICTMENT**

**CASE NUMBER:** 07 CR 815 -- 6

I, __Murteza Gazaferi__, the above named defendant, who is accused of

violating 18 U.S.C. §§ 1341, 1346

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __January 18, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
          Judicial Officer