# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 815 - 6 | **DATE** | 2/11/2008 |
| **CASE TITLE** | USA vs. Murteza Gazaferi | | |

**DOCKET ENTRY TEXT**

By agreement, change of plea hearing set for 2/13/2008 will be held at 12:30 PM.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|