## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer /RRP | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 815 - 6 | **DATE** | 2/13/2008 |
| **CASE TITLE** | USA vs. Murteza Gazaferi | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held and continued to 2/22/2008 at 9:30. Excludable time to begin pursuant to 18:3161 (h)(1)(A). (X-A)

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | ETV |
|---|---|---|