UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA    )
                            )
    V.                      ) CASE NO.: 07 CR 815-6
                            )
MURTEZA GAZAFERI            )

### OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

Prepared For:  Honorable Judge Rebecca R. Pallmeyer
               U.S. District Judge

Prepared By:   Jack Friedlander
               Attorney for Defendant
               327 S. Plymouth Court
               Suite 200
               Chicago, IL 60604
               (312) 427-7700

| | |
|---|---|
| Sheila Lavin | Assistant U.S. Attorney |
| U.S. Probation Officer | Laurie J. Barsella |
| 55 E. Monroe Street | 219 S. Dearborn Street |
| Suite 1500 | 5th Floor |
| Chicago, IL 60603 | Chicago, IL 60604 |

Sentence Date:  May 16, 2008 at 11:00 a.m.

In conformity with the date set for the objections to the Presentence Investigation Report, we would formally object to:

Lines 191-195, page 7 - The Defendant will provide the Court with an updated letter from Defendant's treating physician setting forth the Defendant's diagnosis, prognosis, extent of disability and current medications. Defendant's doctor is currently on vacation and will not be available until Tuesday, May 20, 2008. Defendant is trying to obtain said letter to be available at Sentencing.

Further, the Defendant has not furnished his version of the instant offense because the defendant agrees with the Government's version.

Respectfully Submitted,

/s/ Jack Friedlander
JACK FRIEDLANDER
Attorney for Defendant


JACK FRIEDLANDER
Attorney for Defendant
327 S. Plymouth Court
Suite 200
Chicago, IL 60604
312-427-7700

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system which sent notification of such filing to the following: all parties listed in CM/ECF system. A faxed courtesy copy was also sent to Sheila Lavin, U.S. Probation Officer.

/s/ Stacy Gerstetter
LAW OFFICE OF JACK FRIEDLANDER