UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 815-6 |
| | ) | Judge Rebecca Pallmeyer |
| MURTEZA GAZAFERI | ) | |

### NOTICE OF MOTION

To:   Counsel of Record

PLEASE TAKE NOTICE that on FRIDAY, MAY 16, 2008, at 11:00 a.m., at the Sentencing Hearing of Mr. Murteza Gazaferi, I will appear before the Honorable Rebecca Pallmeyer in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present the MOTION OF THE UNITED STATES FOR ENTRY OF A PRELIMINARY ORDER OF FORFEITURE AND PROPOSED PRELIMINARY ORDER OF FORFEITURE in the above-captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   /s/ Faris J. Hussein
FARIS J. HUSSEIN
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-4156

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

MOTION OF THE UNITED STATES FOR ENTRY OF A PRELIMINARY ORDER OF FORFEITURE

was filed on May 14, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

*s/ Faris J. Hussein*
FARIS J. HUSSEIN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4156