UNITED STATES OF AMERICA
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 07 CR 815-6 |
| MURTEZA GAZAFERI ) | Honorable Judge Rebecca Pallmeyer |

### NOTICE OF MOTION

TO: **UNITED STATES DISTRICT CLERK**, 219 S. Dearborn Street, Chicago, IL 60604

**AUSA LAURIE BARCELLA**, 219 S. Dearborn Street, 5th Floor, Chicago, IL 60604

On July 17, 2008, at 8:45 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Pallmeyer, or any judge sitting in his/her stead, in Courtroom 2119, 219 S. Dearborn Street, Chicago, Illinois and then and there present the attached **MOTION FOR MODIFICATION OF PROBATION,** and move for the relief prayed therein.

Signature: ___/s/ Jack Friedlander_____ _____
    **JACK FRIEDLANDER**
**NAME: LAW OFFICE OF JACK FRIEDLANDER**
**ATTORNEY FOR: Defendant**
**ADDRESS:    327 S. Plymouth Court**
           **Suite 200**
           **Chicago, IL 60604**
**TELEPHONE: (312) 427-7700**
**ATTORNEY CODE: 03124962**

---------------------------------------------------------------------------------------------------------------------
**CERTIFICATE OF DELIVERY (VIA CM/ECF FILING SYSTEM)**

The undersigned hereby certifies under penalties of perjury as provided by law pursuant to 735 ILCS 5/1-109, that the above notice and any attached pleadings were served via CM/ECF Filing System to the above parties, at the addresses set forth above (on or before) 5:00 p.m. on July 15, 2008.


_/s/ Stacy Gerstetter_____     _Stacy Gerstetter_____  _____
Signature                                 (Print name)